# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Berg, Terrence G. | United States District Court, Eastern District of Michigan | 10/24/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States Courthouse
600 Church Street
Flint, Michigan 48502

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Regents | Gesu School Board of Regents |
| 2. | Member, Board of Directors | Historical Society for the United States District Court for the Eastern District of Michigan |
| 3. | Member, Board of Trustees | Legacy DMC |
| 4. | Member, Committee on United States Courts | Michigan State Bar |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 10/24/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Gesu Catholic School Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 10/24/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 10/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Virtus Global Growth Income Fund C | B | Dividend | | | Closed | 10/21/15 | J | | |
| 2. Coca Cola Enterprises | A | Dividend | | | Sold | 10/12/15 | J | A | |
| 3. Michigan 529-Aggressive Age Based Option Age 18+ Number 1 | A | Distribution | | | Distributed | 01/06/15 | J | | |
| 4. Michigan 529-Moderate Age Based Option Age 18+ Number 2 | B | Distribution | J | T | Distributed (part) | 01/26/15 | J | | |
| 5. | D | Distribution | | | Distributed (part) | 09/01/15 | J | | |
| 6. Michigan 529-Moderate Age Based Option Age 16 Number 3 | D | Dividend | K | T | | | | | |
| 7. Peoples Trust Credit Union Accounts | A | Int./Div. | K | T | | | | | |
| 8. Midland National Life Insurance Whole Life Policy X | D | Interest | K | T | | | | | |
| 9. IRA-Fidelity Investment ITS Asset Management, LP X | B | Dividend | | | Closed | 11/27/15 | K | | |
| 10. - Alliance Bernstein High Income Class A | | | | | Sold | 01/09/15 | J | | |
| 11. - Black Rock Secured Credit A | | | | | Buy | 07/10/15 | J | | |
| 12. | | | | | Sold | 09/09/15 | J | | |
| 13. - Eagle Small Cap Growth A | | | | | Buy | 07/10/15 | J | | |
| 14. | | | | | Sold (part) | 09/09/15 | J | | |
| 15. | | | | | Sold | 10/13/15 | J | | |
| 16. - Fidelity Cash Fund | | | | | Buy (add'l) | 01/09/15 | J | | |
| 17. | | | | | Sold (part) | 01/09/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | | | | |
|---|---|---|---|---|
| **Name of Person Reporting** | | | | **Date of Report** |
| Berg, Terrence G. | | | | 10/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 04/10/15 | K | | |
| 19. | | | | | Sold (part) | 04/10/15 | K | | |
| 20. | | | | | Sold (part) | 04/13/15 | K | | |
| 21. | | | | | Buy (add'l) | 04/15/15 | K | | |
| 22. | | | | | Buy (add'l) | 07/10/15 | K | | |
| 23. | | | | | Sold (part) | 07/10/15 | K | | |
| 24. | | | | | Buy (add'l) | 09/09/15 | K | | |
| 25. | | | | | Sold (part) | 09/09/15 | K | | |
| 26. | | | | | Buy (add'l) | 10/13/15 | K | | |
| 27. | | | | | Sold (part) | 10/13/15 | K | | |
| 28. | | | | | Sold (part) | 10/14/15 | J | | |
| 29. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 30. | | | | | Buy (add'l) | 11/18/15 | K | | |
| 31. - Fidelity Defense & Aerospace | | | | | Buy | 04/10/15 | J | | |
| 32. | | | | | Sold | 07/10/15 | J | | |
| 33. - Fidelity GNMA | | | | | Buy | 04/10/15 | J | | |
| 34. | | | | | Buy (add'l) | 09/09/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 10/24/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 11/18/15 | J | | |
| 36.   -Fidelity Cash Reserves | | | | | Buy | 04/13/15 | K | | |
| 37. | | | | | Sold (part) | 04/15/15 | K | | |
| 38. | | | | | Buy (add'l) | 10/14/15 | J | | |
| 39. | | | | | Sold | 10/16/15 | J | | |
| 40.   - Fidelity Select Consumer Discretionary | | | | | Buy | 10/13/15 | J | | |
| 41. | | | | | Sold | 11/18/15 | J | | |
| 42.   - Fidelity Select Consumer Staples | | | | | Buy | 01/09/15 | J | | |
| 43. | | | | | Sold | 07/10/15 | J | | |
| 44.   - Fidelity Select Health Care | | | | | Buy | 01/09/15 | J | | |
| 45. | | | | | Sold | 07/10/15 | J | | |
| 46.   - Fidelity Total Bond | | | | | Sold | 07/10/15 | J | | |
| 47.   - Glenmede Large Cap Growth | | | | | Buy | 10/13/15 | J | | |
| 48. | | | | | Sold | 11/18/15 | J | | |
| 49.   - iShares 1-3 Year Treasury Bond | | | | | Buy | 07/10/15 | J | | |
| 50. | | | | | Sold (part) | 09/09/15 | J | | |
| 51. | | | | | Sold | 10/13/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 10/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -iShares MSCI EAFE Min Volatility | | | | | Buy | 09/09/15 | J | | |
| 53. | | | | | Sold | 11/18/15 | J | | |
| 54. --iShares MSCI EAFE Small Cap Index | | | | | Buy | 07/10/15 | J | | |
| 55. | | | | | Sold (part) | 09/09/15 | J | | |
| 56. | | | | | Sold | 11/18/15 | J | | |
| 57. - iShares MSCI Japan Index | | | | | Buy | 04/10/15 | J | | |
| 58. | | | | | Sold | 07/10/15 | J | | |
| 59. - i-Shares S&P 500 Growth Index | | | | | Buy | 04/10/15 | J | | |
| 60. | | | | | Sold | 07/10/15 | J | | |
| 61. - iShares S&P MidCap 400 Index | | | | | Buy | 04/10/15 | J | | |
| 62. | | | | | Sold | 07/10/15 | J | | |
| 63. | | | | | Buy | 10/13/15 | J | | |
| 64. | | | | | Sold | 11/18/15 | J | | |
| 65. - Hartford Growth Opportunities A | | | | | Buy | 09/09/15 | J | | |
| 66. | | | | | Sold | 10/13/15 | J | | |
| 67. - Rydex Consumer Prods Inv | | | | | Buy | 10/13/15 | J | | |
| 68. | | | | | Sold | 11/18/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 10/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - TCW Total Return Bond Class N | | | | | Buy | 09/09/15 | J | | |
| 70. | | | | | Buy (add'l) | 10/13/15 | J | | |
| 71. | | | | | Sold | 11/18/15 | J | | |
| 72. - Matthews Japan | | | | | Buy | 07/10/15 | J | | |
| 73. | | | | | Sold | 09/09/15 | J | | |
| 74. - Putnam Capital Spectrum A | | | | | Sold (part) | 01/09/15 | J | | |
| 75. | | | | | Sold | 04/10/15 | J | | |
| 76. - Putnam Diversified Income A | | | | | Sold | 01/09/15 | J | | |
| 77. - Loomis Sayles Strategic Inc A | | | | | Sold | 01/09/15 | J | | |
| 78. - Dreyfus MidCap Index | | | | | Sold | 04/10/15 | J | | |
| 79. - Rydex NASDAQ 100 Adv | | | | | Buy (add'l) | 01/09/15 | J | | |
| 80. | | | | | Sold (part) | 04/10/15 | J | | |
| 81. | | | | | Buy (add'l) | 07/10/15 | J | | |
| 82. | | | | | Sold | 09/09/15 | J | | |
| 83. - Fidelity Spartan 500 Index Inv | | | | | Sold | 04/10/15 | J | | |
| 84. - Fidelity Spartan Long Term Treasury Bond Index Initial | | | | | Sold | 04/10/15 | J | | |
| 85. - Spartan Intermediate Treasure Bond Index Inv | | | | | Buy | 01/09/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 10/24/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 04/10/15 | J | | |
| 87. - Janus Global Life Sciences T | | | | | Buy | 07/10/15 | J | | |
| 88. | | | | | Sold (part) | 09/09/15 | J | | |
| 89. | | | | | Sold | 10/13/15 | J | | |
| 90. - Oakmark Select I | | | | | Sold | 01/09/15 | J | | |
| 91. - Black Rock Total Return A | | | | | Sold | 07/10/15 | J | | |
| 92. - Western Asset Cor Plus Bond FI | | | | | Buy | 04/10/15 | J | | |
| 93. | | | | | Sold | 07/10/15 | J | | |
| 94. Allianz Vision Deferred Variable Annuity X | B | Dividend | M | T | | | | | |
| 95. - AZL T. Rowe Price Capital App | | | | | Sold (part) | 02/18/15 | J | | |
| 96. | | | | | Buy (add'l) | 02/18/15 | J | | |
| 97. | | | | | Sold (part) | 05/18/15 | J | | |
| 98. | | | | | Buy (add'l) | 05/18/15 | J | | |
| 99. | | | | | Sold (part) | 08/18/15 | J | | |
| 100. | | | | | Buy (add'l) | 08/18/15 | J | | |
| 101. | | | | | Sold (part) | 11/18/15 | J | | |
| 102. | | | | | Buy (add'l) | 11/18/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 10/24/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - AZL Multi Manager (was "MS") Mid Cap Growth | | | | | Sold (part) | 02/18/15 | J | | |
| 104. | | | | | Buy (add'l) | 02/18/15 | J | | |
| 105. | | | | | Sold (part) | 05/18/15 | J | | |
| 106. | | | | | Buy (add'l) | 05/18/15 | J | | |
| 107. | | | | | Sold (part) | 08/18/15 | J | | |
| 108. | | | | | Buy (add'l) | 08/18/15 | J | | |
| 109. | | | | | Sold (part) | 11/18/15 | J | | |
| 110. | | | | | Buy (add'l) | 11/18/15 | J | | |
| 111. - AZL Franklin Templeton FS Plus | | | | | Sold (part) | 02/18/15 | J | | |
| 112. | | | | | Buy (add'l) | 02/18/15 | J | | |
| 113. | | | | | Sold (part) | 05/18/15 | J | | |
| 114. | | | | | Buy (add'l) | 05/18/15 | J | | |
| 115. | | | | | Sold (part) | 08/18/15 | J | | |
| 116. | | | | | Buy (add'l) | 08/18/15 | J | | |
| 117. | | | | | Sold (part) | 11/18/15 | J | | |
| 118. | | | | | Buy (add'l) | 11/18/15 | J | | |
| 119. - AZL BlackRock Cap Appreciation | | | | | Sold (part) | 02/18/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 10/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 02/18/15 | J | | |
| 121. | | | | | Sold (part) | 05/18/15 | J | | |
| 122. | | | | | Buy (add'l) | 05/18/15 | J | | |
| 123. | | | | | Sold (part) | 08/18/15 | J | | |
| 124. | | | | | Buy (add'l) | 08/18/15 | J | | |
| 125. | | | | | Sold (part) | 11/18/15 | J | | |
| 126. | | | | | Buy (add'l) | 11/18/15 | J | | |
| 127. - Franklin Mutual Shares VIP | | | | | Sold (part) | 02/18/15 | J | | |
| 128. | | | | | Buy (add'l) | 02/18/15 | J | | |
| 129. | | | | | Sold (part) | 05/18/15 | J | | |
| 130. | | | | | Buy (add'l) | 05/18/15 | J | | |
| 131. | | | | | Sold (part) | 08/18/15 | J | | |
| 132. | | | | | Buy (add'l) | 08/18/15 | J | | |
| 133. | | | | | Sold (part) | 11/18/15 | J | | |
| 134. | | | | | Buy (add'l) | 11/18/15 | J | | |
| 135. - AZL MFS MCap Value Fund | | | | | Sold (part) | 02/18/15 | J | | |
| 136. | | | | | Buy (add'l) | 02/18/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 10/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 05/18/15 | J | | |
| 138. | | | | | Buy (add'l) | 05/18/15 | J | | |
| 139. | | | | | Sold (part) | 08/18/15 | J | | |
| 140. | | | | | Buy (add'l) | 08/18/15 | J | | |
| 141. | | | | | Sold (part) | 11/18/15 | J | | |
| 142. | | | | | Buy (add'l) | 11/18/15 | J | | |
| 143.   - PIMCO VIT All Asset | | | | | Sold (part) | 02/18/15 | J | | |
| 144. | | | | | Buy (add'l) | 02/18/15 | J | | |
| 145. | | | | | Sold (part) | 05/18/15 | J | | |
| 146. | | | | | Buy (add'l) | 05/18/15 | J | | |
| 147. | | | | | Sold (part) | 08/18/15 | J | | |
| 148. | | | | | Buy (add'l) | 08/18/15 | J | | |
| 149. | | | | | Sold (part) | 11/18/15 | J | | |
| 150. | | | | | Buy (add'l) | 11/18/15 | J | | |
| 151.   - PIMCO VIT Real Return | | | | | Sold (part) | 02/18/15 | K | | |
| 152. | | | | | Buy (add'l) | 02/18/15 | K | | |
| 153. | | | | | Sold (part) | 05/18/15 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 10/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 05/18/15 | K | | |
| 155. | | | | | Sold (part) | 08/18/15 | K | | |
| 156. | | | | | Buy (add'l) | 08/18/15 | K | | |
| 157. | | | | | Sold (part) | 11/18/15 | K | | |
| 158. | | | | | Buy (add'l) | 11/18/15 | K | | |
| 159. - AZL S&P 500 Index | | | | | Sold (part) | 02/18/15 | J | | |
| 160. | | | | | Buy (add'l) | 02/18/15 | J | | |
| 161. | | | | | Sold (part) | 05/18/15 | J | | |
| 162. | | | | | Buy (add'l) | 05/18/15 | J | | |
| 163. | | | | | Sold (part) | 08/18/15 | J | | |
| 164. | | | | | Buy (add'l) | 08/18/15 | J | | |
| 165. | | | | | Sold (part) | 11/18/15 | J | | |
| 166. | | | | | Buy (add'l) | 11/18/15 | J | | |
| 167. - PIMCO VIT Total Return | | | | | Sold (part) | 02/18/15 | K | | |
| 168. | | | | | Buy (add'l) | 02/18/15 | K | | |
| 169. | | | | | Sold (part) | 05/18/15 | K | | |
| 170. | | | | | Buy (add'l) | 05/18/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 10/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 08/18/15 | K | | |
| 172. | | | | | Buy (add'l) | 08/18/15 | K | | |
| 173. | | | | | Sold (part) | 11/18/15 | K | | |
| 174. | | | | | Buy (add'l) | 11/18/15 | K | | |
| 175. - Templeton Global Bond VIP Fund | | | | | Sold (part) | 02/18/15 | J | | |
| 176. | | | | | Buy (add'l) | 02/18/15 | J | | |
| 177. | | | | | Sold (part) | 05/18/15 | J | | |
| 178. | | | | | Buy (add'l) | 05/18/15 | J | | |
| 179. | | | | | Sold (part) | 08/18/15 | J | | |
| 180. | | | | | Buy (add'l) | 08/18/15 | J | | |
| 181. | | | | | Sold (part) | 11/18/15 | J | | |
| 182. | | | | | Buy (add'l) | 11/18/15 | J | | |
| 183. - AZL JPM International Opportunities | | | | | Sold (part) | 02/18/15 | J | | |
| 184. | | | | | Buy (add'l) | 02/18/15 | J | | |
| 185. | | | | | Sold (part) | 05/18/15 | J | | |
| 186. | | | | | Buy (add'l) | 05/18/15 | J | | |
| 187. | | | | | Sold (part) | 08/18/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 08/18/15 | J | | |
| 189. | | | | | Sold (part) | 11/18/15 | J | | |
| 190. | | | | | Buy (add'l) | 11/18/15 | J | | |
| 191.  - AZL INV International Equity | | | | | Sold (part) | 02/18/15 | J | | |
| 192. | | | | | Buy (add'l) | 02/18/15 | J | | |
| 193. | | | | | Sold (part) | 05/18/15 | J | | |
| 194. | | | | | Buy (add'l) | 05/18/15 | J | | |
| 195. | | | | | Sold (part) | 08/18/15 | J | | |
| 196. | | | | | Buy (add'l) | 08/18/15 | J | | |
| 197. | | | | | Sold (part) | 11/18/15 | J | | |
| 198. | | | | | Buy (add'l) | 11/18/15 | J | | |
| 199.  CUNA Mutual Group Equity Index Annuity - S&P 500 Index | None | K | T | | Open | 12/10/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 10/24/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Terrence G. Berg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544